THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE W. BARRON, as President of Dow, JONES AND COMPANY, Respondent, *v.* WALTER H. KNAPP et al., Constituting the STATE TAX COMMISSION, Appellants.

### THE CITY OF NEW YORK, Appellant.

*Tax — special franchise assessment upon lines, wires, poles, cables, conduits and appurtenances in streets properly set aside where association operating ticker service rented and used telephone wires for that purpose.*

People ex rel. Barron v. Knapp, 208 App. Div. 127, affirmed.

(Argued November 24, 1924; decided December 9, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1924, which unanimously affirmed an order of Special Term vacating and canceling special franchise tax assessments levied against the relator. Relator operates a ticker service which conveys by telegraph financial news to the offices of its subscribers. It has never had any written express grant, license, authority or permission from the city of New York or the State, or any contract with either or with any of the departments of government, local or State, authorizing it to use the streets or highways of the city to construct, maintain or operate wires, or in any other respect to utilize the streets or lands of this State or city for its purposes. It transmits its news through the tickers by the use of telephone wires owned by the New York Telephone Company, the telephone company furnishing and maintaining under a contract with relator 104 lines connecting relator's offices with buildings in which are the offices of its subscribers. The State Tax Commission assessed as a special franchise, owned or operated by the relator, lines, wires, poles, cables, conduits and appurtenances in, upon, above, under or through the streets, highways, public places and public waters, and the State special franchise right, authority or permission to construct, maintain or operate the same.

*George P. Nicholson, Corporation Counsel (William H. King* and *Eugene Fay* of counsel), for City of New York, appellant.

*Langdon P. Marvin* and *George W. Martin* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

---

In the Matter of the Transfer Tax upon the Estate of
HENRY A. C. TAYLOR, Deceased.

HENRY R. TAYLOR et al., as Executors and Trustees et al.,
Appellants; STATE TAX COMMISSION, Respondent.

*Tax — assessment of transfer tax — power of appointment — executor's and broker's commissions — Federal estate tax — inchoate right of dower.*

*Matter of Taylor,* 209 App. Div. 299, affirmed.

(Argued November 24, 1924; decided December 9, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1924, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Henry A. C. Taylor, deceased. Appellants contended that the tax was erroneous in that it taxed property over which decedent had a power of appointment but which passed directly under the will of his father, Moses Taylor; that the entire gross value of certain real property was taxed without deduction of executor's and broker's commissions; that the tax failed to allow as a deduction the amount assessed and paid as Federal estate tax; that the value of the widow's inchoate right of dower in the real estate was not deducted.

*Francis Smyth* for appellants.

*A. Welles Stump* and *Charles A. Curtin* for respondent.

*Perry D. Trafford* for Alexander E. O. Munsell, *amicus curiæ.*

*Carrington G. Arnold* for Juliet M. Knowles, *amicus curiæ.*